UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZHEJIANG DONGZHENG ELECTRICAL CO., )<br>HARBOR FREIGHT TOOLS USA, INC., )<br>NICOR INC. d/b/a NICOR LIGHTING & )<br>FANS, CENTRAL PURCHASING, LLC, )<br>)<br>Defendants. )<br>) | CIV. NO. 05-0301-JB/DJS |

## AGREED MOTION TO VACATE MARKMAN RULING

Plaintiff, Leviton Manufacturing Co., Inc. and defendants, Zhejiang Dongzheng Electrical Co., n/k/a General Protecht Group, Inc., Nicor, Inc. d/b/a Nicor Lighting & Fans, Harbor Freight Tools USA, Inc. and Central Purchasing, LLC, hereby jointly move this Court for an Order vacating the Markman Opinion and Order issued in Civil Action No. 05-0301-JB/DJS, *i.e.*, the Court's Memorandum Opinion and Order dated March 5, 2007. The parties have reached a final settlement of all claims and counterclaims in the subject litigation in the form of a duly executed Confidential Settlement Agreement. As part of the settlement, the parties have agreed to request that the Court vacate its March 5, 2007 Markman ruling.

A proposed form of Order is attached for the Court's convenience.

Dated:  November 20, 2007            By:  */s/ Emil J. Kiehne*
                                          R.E. Thompson
                                          Emil J. Kiehne
                                          MODRALL, SPERLING, ROEHL,
                                          HARRIS & SISK, P.A.
                                          Post Office Box 2168
                                          Bank of America Centre, Suite 1000
                                          500 Fourth Street, N.W.
                                          Albuquerque, NM 87103-2168
                                          Telephone:  (505) 848-1800
                                          Facsimile:  (505) 848-1889


                                          and
                                          Larry S. Nixon
                                          NIXON & VANDERHYE P.C.
                                          901 North Glebe Road, 11th Floor
                                          Arlington, VA 22203
                                          Telephone:  (703) 816-4000
                                          Facsimile: (703) 816-4100

                                          *Attorneys for Plaintiff Leviton*
                                          *Manufacturing Co., Inc.*



Dated:  November 2, 2007             By:  */s/ Alberto Leon*
                                          Alberto Leon
                                          Bauman, Dow & Leon, P.C.
                                          7309 Indian School Road NE
                                          Albuquerque, NM 87110
                                          aal@bdmlawfirm.com

                                          *Attorneys for Defendant Nicor, Inc.*

Dated: November 15, 2007  By: */s/ Bryan G. Harrison*
Bryan G. Harrison
Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
bharrison@mmmlaw.com

J. Douglas Foster
P.O. Box 25706
Albuquerque, NM 87125-5706
jdfoster@swcp.com

*Attorneys for Defendant/Intervenor Zhejiang Dongzheng Electrical Co., Ltd.*


Dated: November 15, 2007  By: */s/ Mark J. Rosenberg*
Mark J. Rosenberg
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York  10020
mrosenberg@sillscummis.com

Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103
mmorgan@rodey.com

*Attorneys for Defendants Harbor Freight Tools USA, Inc. and Central Purchasing, LLC*

WE HEREBY CERTIFY that a true and correct copy of the foregoing pleading was sent via electronic mail to:

    Alberto Leon
    Bauman, Dow & Leon, P.C.
    P.O. Box 30684
    Albuquerque, New Mexico 87190-0684
    aal@bdllawfirm.com

*Attorneys for Defendant Nicor, Inc.*

| | |
|---|---|
| John Fry | J. Douglas Foster |
| Bryan G. Harrison | Foster, Rieder, & Jackson, P.C. |
| Morris, Manning & Martin, LLP | P.O. Box 1607 |
| 1600 Atlanta Financial Center | Albuquerque, NM 87103 |
| 3343 Peachtree Road, NE | jdfoster@swcp.com |
| Atlanta, Georgia  30326 | |
| jfry@mmmlaw.com | |
| bharrison@mmmlaw.com | |

*Attorneys for Defendant/Intervenor Zhejiang Dongzheng Electrical, Co., Ltd., n/k/a General Protecht Group, Inc.*

| | |
|---|---|
| Mark Rosenberg | DeWitt M. Morgan |
| Sills, Cummis, & Gross, P.C. | Rodey Dickason Sloan Akin & Robb, PA |
| One Rockefeller Plaza | P.O. Box 1888 |
| New York, NY 10020 | Albuquerque, New Mexico 87103-1888 |
| mrosenberg@sillscummis.com | mmorgan@rodey.com |

*Attorneys for Defendants Harbor Freight Tools USA, Inc. and Central Purchasing LLC*

this 20th day of November 2007

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:  */s/ Emil J. Kiehne*
    Emil J. Kiehne

K:\dox\client\80670\112\W0768102.DOC