**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 0 2007

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEVITON MANUFACTURING CO., INC., )
)
      Plaintiff, )
)
v. )      CIV. NO. 05-0301-JB/DJS
)
ZHEJIANG DONGZHENG ELECTRICAL CO., )
HARBOR FREIGHT TOOLS USA, INC., )
NICOR INC. d/b/a NICOR LIGHTING & )
FANS, CENTRAL PURCHASING, LLC, )
)
      Defendants. )
)

## ORDER

Upon consideration of the "Agreed Motion to Vacate Markman Ruling" filed by Plaintiff, Leviton Manufacturing Co., Inc. and defendants, Zhejiang Dongzheng Electrical Co., n/k/a General Protecht Group, Inc., Nicor, Inc. d/b/a Nicor Lighting & Fans, Harbor Freight Tools USA, Inc. and Central Purchasing, LLC, and subject to and expressly conditioned on the terms of the Confidential Settlement Agreement between the parties, the Court hereby vacates its Memorandum Opinion and Order issued in the above-captioned civil action on March 5, 2007.

Dated: 11/20/07

_____
United States District Judge

*Counsel*:

R.E. Thompson
Donald A. DeCandia
Emil J. Kiehne
Modrall, Sperling, Roehl, Harris
    & Sisk, P.A.
Albuquerque, New Mexico

-and-

Larry S. Nixon
Jim T. Hosmer
Nixon & Vanderhye, P.C.
Arlington, Virginia

*Attorneys for Plaintiff Leviton Manufacturing Co., Inc.*

Alberto Leon
Bauman, Dow & Leon, P.C.
Albuquerque, New Mexico

*Attorneys for Defendant Nicor, Inc.*

John Fry
Bryan G. Harrison
Morris, Manning & Martin, LLP
Atlanta, Georgia

-and-

J. Douglas Foster
Foster, Rieder & Jackson, P.C.
Albuquerque, New Mexico
*Attorneys for Defendant/Intervenor Zhejiang Dongzheng Electrical, Co., Ltd.*

Mark Rosenberg
Sills, Cummis & Gross, P.C.
New York, New York

-and-

DeWitt M. Morgan
Rodey Dickason Sloan Akin & Robb, PA
Albuquerque, New Mexico



*Attorneys for Defendants Harbor Freight Tools USA, Inc.
and Central Purchasing, LLC*