FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 20 2007

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEVITON MANUFACTURING CO., INC.,

Plaintiff,

v.

ZHEJIANG DONGZHENG ELECTRICAL CO., HARBOR FREIGHT TOOLS USA, INC., NICOR INC. d/b/a NICOR LIGHTING & FANS, CENTRAL PURCHASING, LLC,

Defendants.

CIV. NO. 05-0301-JB/DJS

**ORDER**

Upon consideration of the "Agreed Motion to Dismiss Claims and Counterclaims Under Fed. R. Civ. P. 41(a)(2)" by Plaintiff, Leviton Manufacturing Co., Inc. and defendants, Zhejiang Dongzheng Electrical Co., n/k/a General Protecht Group, Inc., Nicor, Inc. d/b/a Nicor Lighting & Fans, Harbor Freight Tools USA, Inc. and Central Purchasing, LLC, the Court hereby grants the Motion as follows:

Subject to and expressly conditioned on the terms and conditions of the Settlement Agreement between the parties, Plaintiff's claims for infringement are dismissed with prejudice; Defendants' counterclaims for invalidity and non-infringement are dismissed with prejudice; and Defendants' counterclaims for unenforceability due to inequitable conduct are dismissed without prejudice.

Dated: 11/20/07

United States District Judge

*Counsel*:

R.E. Thompson
Donald A. DeCandia
Emil J. Kiehne
Modrall, Sperling, Roehl, Harris
& Sisk, P.A.
Albuquerque, New Mexico

-and-

Larry S. Nixon
Jim T. Hosmer
Nixon & Vanderhye, P.C.
Arlington, Virginia

*Attorneys for Plaintiff Leviton Manufacturing Co., Inc.*

Alberto Leon
Bauman, Dow & Leon, P.C.
Albuquerque, New Mexico

*Attorneys for Defendant Nicor, Inc.*

John Fry
Bryan G. Harrison
Morris, Manning & Martin, LLP
Atlanta, Georgia

-and-

J. Douglas Foster
Foster, Rieder & Jackson, P.C.
Albuquerque, New Mexico
*Attorneys for Defendant/Intervenor Zhejiang Dongzheng Electrical, Co., Ltd.*

Mark Rosenberg
Sills, Cummis & Gross, P.C.
New York, New York

-and-

DeWitt M. Morgan
Rodey Dickason Sloan Akin & Robb, PA
Albuquerque, New Mexico





*Attorneys for Defendants Harbor Freight Tools USA, Inc.*
*and Central Purchasing, LLC*



11/20/07